IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONG, | No. C 11-03646 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT ET AL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 30, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 14, 2012.

DESIGNATION OF EXPERTS: 9/18/12; REBUTTAL: 9/28/12.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is October 19, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by July 27, 2012;

    Opp. Due August 10, 2012; Reply Due August 17, 2012;

    and set for hearing no later than August 31, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 27, 2012 at 3:30 PM.

JURY TRIAL DATE: December 10, 2012 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The court adjusted the trial schedule as indicated above.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/14/11

SUSAN ILLSTON
United States District Judge