# LOW, BALL & LYNCH
### ATTORNEYS AT LAW
### A PROFESSIONAL CORPORATION

505 MONTGOMERY STREET, 7TH FLOOR, SAN FRANCISCO, CALIFORNIA 94111-2584
TELEPHONE (415) 981-6630 • FACSIMILE (415) 982-1634 • WWW.LOWBALL.COM

March 22, 2012

Honorable Susan Illston
US District Court/Northern District
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA 94102

      Re:    *Jason Wong vs Bay Area Rapid Transit District, et al.*
              United States District Court/Northern District Case No. CV1103646 SI

Dear Judge Illston:

      This letter is to advise you of the parties' mediation efforts and the upcoming Case Management Conference ("CMC") scheduled to take place on March 30, 2012.

      The parties originally agreed to Court-sponsored mediation, which was to be completed by March 4, 2012 (See Docket No. 17). The Court assigned a mediator, Fred Butler (See Docket Nos. 17-18). Unfortunately, due to Mr. Butler's schedule, both the initially-scheduled mediation (March 1st) and the rescheduled mediation (March 22nd) had to be postponed. Based upon the current calendars of Mr. Butler, Plaintiff's counsel and myself, mediation will likely be rescheduled for mid-to-late May 2012.

      I have spoken with Mr. Adante Pointer (Plaintiff's counsel) and, based upon mediation status, both sides respectfully request the Court postpone the March 30th CMC until sometime after June 1st.

      Thank you for considering this request.

The case management conference has been continued to Friday, June 22, 2012, at 3 p.m. A joint cmc statement shall be filed one week prior to the conference.

Very truly yours,

LOW, BALL & LYNCH

/s/

Dale L. Allen, Jr.

DLA:KPA/ga
cc: Adante Pointer

**IT IS SO ORDERED**
*Judge Susan Illston*

J:\1752\SF0225\CORR\L-Court003.SI

MONTEREY OFFICE • 2 LOWER RAGSDALE DRIVE, SUITE 120 • MONTEREY, CALIFORNIA 93940 • TELEPHONE (831) 655-8822   FAX (831) 655-8881